**LIBERTY UNIVERSAL INSURANCE COMPANY, Appellant,**

v.

**NATIONAL SURETY CORPORATION, Appellee.**

No. 21621.

United States Court of Appeals Fifth Circuit.

Nov. 30, 1964.

Sam Day, Brown, Day & Crowley, Fort Worth, Tex., for appellant.

Thomas B. Weatherly, Judson R. Wood, Vinson, Elkins, Weems & Searls, Houston, Tex., for appellee.

Before TUTTLE, Chief Judge, and BROWN and GEWIN, Circuit Judges.

PER CURIAM.

This is a contest between Liberty Universal Life Insurance Company and National Surety Corporation concerning the liability of each respective company under policies of insurance issued by each providing indemnity against loss as a result of bodily injury. A loss was sustained as a result of an accident in which one person was killed and two injured.

The District Court concluded that the liability of the two companies should be prorated in accordance with a provision common to both policies with respect to "other insurance," and directed that Liberty bear three-eighths of the loss and National five-eighths. We detect no error in the findings of fact and conclusions of law of the trial court. The judgment is affirmed.